# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE JOHNSTON,<br><br>Plaintiff,<br><br>v.<br><br>MERCED DISTRICT ATTORNEY'S OFFICE, *et al.,*<br><br>Defendants. | Case No. 1:19-cv-00926-AWI-EPG<br><br>**ORDER GRANTING MOTION TO PROCEED** ***IN FORMA PAUPERIS***<br><br>(ECF No. 2) |

Plaintiff, Tyrone Johnson, is proceeding *pro se* in this action. (ECF No. 1.) On July 8, 2019, Plaintiff submitted an application to proceed *in forma pauperis*. (ECF No. 2). Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, his application to proceed *in forma pauperis* is GRANTED.

As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of a *pro se* complaint to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies

1

in the complaint can be cured by amendment. The complaint will be screened in due course and Plaintiff will be served with the resulting order.

IT IS SO ORDERED.

Dated: **July 11, 2019**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE