UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE JOHNSTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MERCED DISTRICT ATTORNEY'S OFFICE, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00926-AWI-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 7) |

　　　　Plaintiff, Tyrone Johnston, is proceeding *pro se* and *in forma pauperis* in this action filed under to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 6, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations recommending that this action be dismissed. (ECF No. 7.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within twenty-one days. (*Id.*) Plaintiff has not filed any objections and the time to do so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.  However, as a matter

of clarification, the Court will decline to exercise jurisdiction pursuant to 28 U.S.C. § 1367(c)(3) over Plaintiff's state law negligence claim against Douglas Foster.  Although the Court has supplemental jurisdiction over that claim, the Court declines to exercise supplemental jurisdiction because all federal claims have been dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered May 6, 2020 (ECF No. 7) are adopted in full;
2. This case is dismissed as follows:
    a. Plaintiff's claim for malicious prosecution against the District Attorney, Nicole Silvera, is dismissed with prejudice based on absolute prosecutorial immunity;
    b. Plaintiff's claims against Detectives Brum and Vierra are dismissed with prejudice because the prosecutor's independent decision to charge Plaintiff immunizes them from claims arising from their investigation;
    c. Plaintiff's claim against his attorney, Douglas Foster, is dismissed without prejudice because the Court declines to exercise supplemental jurisdiction over this solely state law claim; and
3. The Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   June 9, 2020

SENIOR  DISTRICT  JUDGE